13553

LYNCH v. STANTON ET AL.

(167 S. E., 392)

*Mr. J. J. Evans,* for appellant,

*Mr. W. C. Moore,* for respondent.

January 10, 1933.

The opinion of the Court was delivered by CIRCUIT JUDGE M. M. MANN, ACTING ASSOCIATE JUSTICE.

The order of his Honor, Circuit Judge Wm. H. Townsend, appealed from in this case, is satisfactory to this Court. The exceptions are overruled, and the order which will be reported, is affirmed.

MRS CHIEF JUSTICE BLEASE concurs.

MESSRS. JUSTICES CARTER and BONHAM and CIRCUIT JUDGE G. DEWEY OXNER, ACTING ASSOCIATE JUSTICE, concur in result.